IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| EMILY MILBURN, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO. G-08-193 |
| SERGEANT GILBERT GOMEZ, ET AL. | § | |

## ORDER

On April 2, 2009, this Court conducted a Hearing on "Kurt Sistrunk's Motion to Quash Subpoena Duces Tecum and for In Camera Inspection" (Instrument no. 15). After hearing arguments of counsel, this Court, with the consent of the parties, met, in camera, with the attorney for Sistrunk to review the documents sought by the Defendants pursuant to the supboena. Having completed its in camera review, the Court now issues the following Orders.

It is **ORDERED** that Sistrunk **NEED NOT** produce any documents contained in envelopes A and G.

It is further **ORDERED** that Sistrunk **SHALL** produce all of the documents contained in envelopes B, C, D, E and F except those bearing an "X" placed upon them during the in camera inspection; a copy of each "X'd" document will be held by the Court **UNDER SEAL** pending the disposition of this action.

DONE at Galveston, Texas, this _____2nd_____ day of April, 2009

John R. Froeschner
United States Magistrate Judge