UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EMILY MILBURN, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-08-193 |
| GILBERT GOMEZ, *et al*, | § § § | |
| Defendants. | § | |

## **ORDER**

The Scheduling Order entered in this case is Amended setting Docket Call for November 16, 2009, at 9:30 a.m. in Galveston, Texas. The joint pretrial Order is due not less than ten days prior to docket call.

It is so Ordered.

SIGNED at Houston, Texas this 18th day of September, 2009.

_____
Kenneth M. Hoyt
United States District Judge