UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EMILY MILBURN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-08-193 |
| | § | |
| GILBERT GOMEZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the Court Civil Case Management Plan, the parties in this case are to prepare and file a joint Pre-Trial Order with appropriate attachments on or before November 6, 2009.  *See* [http://www.txs.uscourts.gov/district/judges/kmh/kmh.pdf].

It is so Ordered.

SIGNED at Houston, Texas this 27th day of October, 2009.

_____
Kenneth M. Hoyt
United States District Judge