IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **EMILY MILBURN, Individually and as Next friend of DYMOND LARAE MILBURN** § § § § | | |
| **v.** § § | **CIVIL ACTION NO. 08-193** | |
| **SERGEANT GILBERT GOMEZ (BADGE #987), OFFICERS DAVID ROARK (BADGE #332), JUSTIN POPOVICH (BADGE #336), and SEAN STEWART (BADGE #392)** § § § § § § | **JURY DEMAND** | |

## DEFENDANTS' NOTICE OF INTERLOCUTORY APPEAL

Defendants, Sergeant Gilbert Gomez and Officers David Roark and Sean Stewart, come now and file this notice of interlocutory appeal to the United States District Court of Appeals for the Fifth Circuit.

The Defendants appeal the District Court's denial of the Defendants' Motion for Summary Judgment based upon, *inter alia,* qualified and official immunity.

Respectfully submitted,

/S/ William S. Helfand_____
WILLIAM S. HELFAND
Attorney-in-Charge
State Bar No. 09388250
NORMAN RAY GILES
State Bar No. 24014084

OF COUNSEL:

**CHAMBERLAIN, HRDLICKA, WHITE,
      WILLIAMS & MARTIN**
1200 Smith Street, Suite 1400
Houston, Texas 77002
713-654-9630
713-658-2553 (Fax)
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record in accordance with the District's ECF service rules on this 30th day of October, 2009.

Anthony P. Griffin
A Griffin Lawyers
115 Moody
Galveston, Texas 77550

                                                /S/ William S. Helfand_____