UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EMILY MILBURN, | § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-08-193 |
| | § § | |
| GILBERT GOMEZ, *et al*, | § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case, the plaintiffs shall take nothing by their suit.

SIGNED at Houston, Texas this 17th day of November, 2010.

_____
Kenneth M. Hoyt
United States District Judge