AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Emily Milburn, Individually and a/n/f DLM    )
                                              )
            v.                                )   Case No.: 08-193
Sergeant Gilbert Gomez, et al.                )
                                              )

## BILL OF COSTS

Judgment having been entered in the above entitled action on __11/17/2010__ against __Plaintiff__,
                                                                *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ _____ |
| Fees for service of summons and subpoena ......................................... | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ..... | 2,480.90 |
| Fees and disbursements for printing ................................................ | _____ |
| Fees for witnesses *(itemize on page two)* ........................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ................................................ | 373.93 |
| Docket fees under 28 U.S.C. 1923 .................................................. | _____ |
| Costs as shown on Mandate of Court of Appeals ..................................... | _____ |
| Compensation of court-appointed experts ........................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs *(please itemize)* ..................................................... | _____ |
| TOTAL | $ 2,854.83 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid
☐ Other: _____

s/ Attorney: _[signature]_

Name of Attorney: Norman Ray Giles

For: __Defendants__                                           Date: __11/24/2010__
     *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*        *Deputy Clerk*        *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EMILY MILBURN, Individually and as Next friend of DYMOND LARAE MILBURN | § § § § | |
| v. | § § | CIVIL ACTION NO. 08-193 |
| SERGEANT GILBERT GOMEZ (BADGE #987), OFFICERS DAVID ROARK (BADGE #332), JUSTIN POPOVICH (BADGE #336), and SEAN STEWART (BADGE #392) | § § § § § § | JURY DEMAND |

## DEFENDANTS' BILL OF COSTS ITEMIZATION

The Defendants submit the following itemized costs which are recoverable under 28 U.S.C. § 1920. The costs claimed are allowed by law, correctly stated, were necessarily incurred in the case and the services for which fees have been charged were actually and necessarily performed.

1. Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case
   Deposition transcript of Emily Milburn        $387.00
   Deposition transcript of Wilfred Milburn, Jr.  $343.50
   Deposition transcript of Dymond Milburn       $735.00
   Deposition transcript of Terry Ritter         $550.00
   Transcript of court's scheduling conference   $   5.40
   Transcript of Milburn criminal trial testimony $460.00
   TOTAL:                                                        $2480.90

2. Fees for exemplification and copies of papers necessarily obtained for use in the case

   Subpoena for records of the Galveston Co. DA  $147.12
   UTMB records pertaining to Dymond Milburn     $64.66
   UTMB records pertaining to Dymond Milburn     $162.15
   TOTAL                                                          $373.93

**TOTAL COSTS:**                                                 **$2,854.83**

0807998.01
003856-000214:11/24/2010

# INVOICE



**COURT REPORTERS CLEARINGHOUSE**
214-954-0352   (Fax) 214-954-0364

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 56558 | 4/8/2009 | 52089 |
| Job Date | Case No. | |
| 3/26/2009 | 08-193 | |
| Case Name | | |
| Milburn vs. Sgt. Gomez, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Norman Giles
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

   Emily Milburn                                                                   387.00

                                                  **TOTAL DUE >>>**     **$387.00**
                                                  AFTER 5/8/2009 PAY     $425.70

Reference No. : 3856-214

Invoice prepared for:
LERIXA LITIGATION SUPPORT

Tax ID: 76-0537648                                                                 Phone: 713-658-1818    Fax: 713-658-2553

*Please detach bottom portion and return with payment.*

---

Norman Giles
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002

Job No.   : 52089        BU ID    : DALLAS
Case No.  : 08-193
Case Name : Milburn vs. Sgt. Gomez, et al.

Invoice No. : 56558        Invoice Date : 4/8/2009
**Total Due : $ 387.00**
AFTER 5/8/2009 PAY $425.70

**PAYMENT WITH CREDIT CARD**    AMEX   [MC]   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____

Remit To: **Court Reporters Clearinghouse, Inc.**
            **4545 Post Oak Place, Suite 350**
            **Houston, TX 77027-3124**

# INVOICE



214-954-0352  (Fax) 214-954-0364

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 56556 | 4/8/2009 | 52088 |
| Job Date | Case No. | |
| 3/26/2009 | 08-193 | |
| Case Name | | |
| Milburn vs. Sgt. Gomez, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Norman Giles
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Wilfred Louis Milburn, Jr.                                                343.50

                                    TOTAL DUE >>>         $343.50
                                    AFTER 5/8/2009  PAY   $377.85

Reference No. : 3856-214

Invoice prepared for:
LERIXA LITIGATION SUPPORT

Tax ID: 76-0537648                              Phone: 713-658-1818   Fax: 713-658-2553

*Please detach bottom portion and return with payment.*

Norman Giles
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002

Job No.    : 52088         BU ID   : DALLAS
Case No.   : 08-193
Case Name  : Milburn vs. Sgt. Gomez, et al.

Invoice No. : 56556         Invoice Date : 4/8/2009
Total Due   : $ 343.50
AFTER 5/8/2009 PAY $377.85

Remit To: Court Reporters Clearinghouse, Inc.
          4545 Post Oak Place, Suite 350
          Houston, TX 77027-3124

**PAYMENT WITH CREDIT CARD**    AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                      Card Security Code:
Amount to Charge:

# INVOICE



COURT REPORTERS CLEARINGHOUSE
214-954-0352  (Fax) 214-954-0364

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 56554 | 4/8/2009 | 52087 |
| Job Date | Case No. | |
| 3/26/2009 | 08-193 | |

**Case Name**
Milburn vs. Sgt. Gomez, et al.

**Payment Terms**
Due upon receipt

Norman Giles
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Dymond Larae Milburn                                                              735.00

                                                TOTAL DUE >>>         $735.00
                                                AFTER 5/8/2009 PAY    $808.50

Reference No. : 3856-214

Invoice prepared for:
LERIXA LITIGATION SUPPORT

Tax ID: 76-0537648                             Phone: 713-658-1818   Fax: 713-658-2553

*Please detach bottom portion and return with payment.*

---

Norman Giles
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002

Job No.   : 52087         BU ID   : DALLAS
Case No.  : 08-193
Case Name : Milburn vs. Sgt. Gomez, et al.

Invoice No. : 56554       Invoice Date : 4/8/2009
Total Due   : $ 735.00
AFTER 5/8/2009 PAY $808.50

| PAYMENT WITH CREDIT CARD | AMEX | MC | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |

Remit To:  Court Reporters Clearinghouse, Inc.
           4545 Post Oak Place, Suite 350
           Houston, TX 77027-3124

# INVOICE



214-954-0352   (Fax) 214-954-0384

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60559 | 9/10/2009 | 55967 |
| Job Date | Case No. | |
| 8/27/2009 | 08-193 | |

| Case Name |
|---|
| Milburn vs. Sgt. Gomez, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Norman Giles
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Terry Ritter                                                                 550.00

TOTAL DUE >>>                $550.00
AFTER 10/10/2009 PAY         $605.00

Reference No. : 3856-214
Invoice prepared for:
LERIXA LITIGATION SUPPORT

Tax ID: 76-0537648                                    Phone: 713-658-1818   Fax:713-658-2553

*Please detach bottom portion and return with payment.*

Norman Giles
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002

Job No.    : 55967        BU ID    : DALLAS
Case No.   : 08-193
Case Name  : Milburn vs. Sgt. Gomez, et al.

Invoice No. : 60559       Invoice Date : 9/10/2009
Total Due   : $550.00
AFTER 10/10/2009 PAY $605.00

Remit To: Court Reporters Clearinghouse, Inc.
1225 North Loop West, Suite 327
Houston, TX 77008

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

INVOICE NO: 20090079

MAKE CHECKS PAYABLE TO:

Norman Giles
Chamberlain Hrdlicka Law Firm
1200 Smith Street
Suite 1400
Houston, TX 77002
Phone: (713) 654-9635

dawn.garrard@chamberlainlaw.com

Edward Reed, CSR
United States Court Reporter
515 Rusk
Suite 8016
Houston, TX 77002
Phone: (713) 250-5594

Tax ID: 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
EdReedCR@aol.com

☐ CRIMINAL   ☒ CIVIL    DATE ORDERED: 10-26-2009    DATE DELIVERED: 12-01-2009

**Case Style:** 3:08-CV-193, EMILY MILBURN v SGT. GILBERT GOMEZ, ET AL

Transcript copy (email) of 12-12-08 Scheduling Conference
Before Judge Sim Lake

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | 6 | 0.90 | 5.40 | | 0.60 | | 5.40 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

Misc. Desc.:

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 5.40 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $5.40 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: 
DATE: 12-01-2009

*(All previous editions of this form are cancelled and should be destroyed)*

# Statement of Account

Client: 003856 - Texas Municipal League Intergovernmental Risk Pool
Matter: 000214 - Milburn, Emily v. Th

01/01/2001 - 04/01/2010
Time & Rate: Original Value

## Costs and Expenses

| Date | Description | Orig Expense | Orig Costs | Bill Amount |
|---|---|---|---|---|
| 09/18/2008 | Automated research WESTLAW | $167.00 | | $0.00 |
| 09/23/2008 | Galveston County Clerk - Filing fees for Plea in Intervention | | $55.00 | $55.00 |
| | Total Costs/Expenses: 09/2008 | $167.00 | $55.00 | $55.00 |
| 02/17/2009 | Galveston County District Clerk - Filing fees for copy of executed Order | | $1.00 | $1.00 |
| 02/17/2009 | Stathakos, Stephanie - Transcript costs if criminal trial testimony of Milburns | | $460.00 | $460.00 |
| 02/26/2009 | Federal Express - Delivery expense Terry Harms to Brent Norris, Galveston County Juvenile Justice | | $8.64 | $8.64 |
| | Total Costs/Expenses: 02/2009 | $0.00 | $469.64 | $469.64 |
| 03/27/2009 | Federal Express - Delivery expense JoAn Jordan to University of Texas Medical Branch, Galveston, Texas | | $7.57 | $7.57 |
| | Total Costs/Expenses: 03/2009 | $0.00 | $49.46 | $49.46 |
| 04/01/2009 | UTMB - Health Information Management - Subpoenas of documents - Dymond Milburn | | $64.66 | $64.66 |
| 04/02/2009 | Giles, Norman R. - Mileage (100) to attend Oral Hearing regarding Sistruck's Motion to Quash in the District Court in Galveston, Texas | | $55.00 | $55.00 |
| | Total Costs/Expenses: 04/2009 | $0.00 | $119.66 | $119.66 |
| | Total Costs/Expenses: 05/2009 | $0.00 | $39.72 | $39.72 |
| 06/01/2009 | UTMB - Health Information Management - Subpoenas of documents (Dymond Milburn) | | $162.15 | $162.15 |
| 06/02/2009 | Federal Express - Delivery expense Terry Harms to Philip, UTMB - Health Information, Galveston, TX. | | $8.64 | $8.64 |
| 06/05/2009 | Federal Express - Delivery expense UTMB - Health Information, Galveston, TX. to Norman Giles | | $14.38 | $14.38 |
| | Total Costs/Expenses: 06/2009 | $0.00 | $185.17 | $185.17 |
| 08/27/2009 | Giles, Norman R. - Mileage (105) to deposition of T. Ritter in Galveston, Texas | | $57.75 | $57.75 |
| | Total Costs/Expenses: 08/2009 | $82.00 | $57.75 | $57.75 |
| 09/17/2009 | Mach 5 Couriers, Inc. - Delivery expense Courtesy copy to Judge Hoyt | | $5.50 | $5.50 |
| | Total Costs/Expenses: 09/2009 | $40.00 | $5.50 | $5.50 |
| 10/30/2009 | Helfand, William S. - Filing fees for Interlocutory Appeal | | $455.00 | $455.00 |
| | Total Costs/Expenses: 10/2009 | $424.00 | $455.00 | $455.00 |
| 12/01/2009 | Reed, CSR, Edward - Transcript costs of 12/12/2008 Scheduled Conference | | $5.40 | $5.40 |
| | Totals Costs/Expenses: 12/2009 | $0.00 | $5.40 | $5.40 |
| | Totals Costs/Expenses: 01/01/2001 - 04/01/2010 | $713.00 | $1,442.30 | $1,442.30 |

# INVOICE

Confidential Communications International, Ltd.
231 North Avenue West, #237
Westfield, NJ 07090

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 236380 | 3/5/2009 | Due Upon Receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 24619.001 | | 08-193 |

**Case Name**

Emily Milburn vs. Sergeant Gilbert Gomez et al.

**Records Custodian**

Kurt Sistrunk

Norman Ray Giles
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, 14th Floor
Houston, TX 77002-4310

| Records From | Delivered To | Reference Info |
|---|---|---|
| PROCESS SERVER | Bruce Cain<br>Chamberlain, Hrdlicka, White, Williams & Martin<br>1200 Smith Street, 14th Floor<br>Houston, TX 77002-4310 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Subpoena
Kurt Sistrunk (Subpoena)
Service - Subpoena ............................ 80.00   80.00
Rush Service ................................... 25.00   25.00
Mileage ........................................ 42.12   42.12

**Total Due >>>**   $147.12

Tax ID: 58-1764331

*Please detach bottom portion and return with payment.*

Norman Ray Giles
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, 14th Floor
Houston, TX 77002-4310

Invoice No.   : 236380
Invoice Date  : 3/5/2009
**Total Due**     : $ 147.12

Remit To: Confidential Communications International, Ltd.
231 North Avenue West, #237
Westfield, NJ 07090

Order No.   : 24619.001
BU ID       : PROCESS
Case No.    : 08-193
Case Name   : Emily Milburn vs. Sergeant Gilbert Gomez et al.

```
            University of Texas Medical Branch at Galveston
                            April 1, 2009




ATTN BRUCE CAIN
CHAMBERLAINHRDLICKA ATTORNEYS
1200 SMITH STREET
SUITE 1400
HOUSTON TX 77002




FEES ARE DUE WITHIN 30 DAYS OF THE INVOICED DATE.
PLEASE REMIT TO:

U.T.M.B.- H.I.M.
301 University Blvd.
Galveston, Texas 77555-0782

        I N V O I C E  no:  0904-11  04/01/2009
        ------------------------------------------

PATIENT              MR           DISCHARGE   RECEIVED    AMOUNT
NAME                 NUMBER       DATE        DATE        CHARGED    BALANCE
------------------------------------------------------------------------------
MILBURN, DYMOND      962201P                  03/30/2009   64.66      64.66
         Basic fee         1 @   $42.54   =    42.54
         Cost per page     7 @   $1.43    =    10.01
         Aff/Notary Fee    1 @   $5.00    =     5.00
         Aff/Prep. Fee     1 @   $1.00    =     1.00
         Postage           1 @   $6.11    =     6.11
                                                          ------------------
TOTAL                                                      $64.66    $64.66
```

*BILLING*

Page 1

```
            Department of Medical Records.
      University of Texas Medical Branch at Galveston
                      April 1, 2009


ATTN BRUCE CAIN
CHAMBERLAIN HRDLICKA ATTORNEYS
1200 SMITH STREET
SUITE 1400
HOUSTON TX 77002



RE:       962201P  MILBURN, DYMOND        CHARGES:      64.66
                             BILLING
PREPAYMENT REQUIRED (see attached invoice)


PLEASE RETURN YOUR ORIGINAL REQUEST DOCUMENTATION WITH THE
PREPAYMENT TO THE FOLLOWING ADDRESS:

If you have any questions, please call 409-772-1965.


            U.T.M.B. HEALTH INFORMATION MANAGEMENT
            RELEASE OF INFORMATION
            301 University Blvd.
            GALVESTON, TX 77555-0782
```

Page 1

# CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN

A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

ATTORNEYS AT LAW

1200 SMITH STREET, SUITE 1400

HOUSTON, TEXAS 77002

(713) 658-1818   (800) 342-5829

(713) 658-2553 (FAX)

www.chamberlainlaw.com

NORMAN RAY GILES
ATTORNEY AT LAW
DIRECT DIAL NO. (713) 654-9672
E-MAIL: norman.giles@chamberlainlaw.com

HOUSTON
ATLANTA
PHILADELPHIA

June 2, 2009

Custodian of Records
University of Texas Medical Branch
301 University Boulevard
Galveston, Texas 77555

RE: No. 3:08-00193; *Emily Milburn v. Sergeant Gomez, et al*; In the United States District Court for the Southern District of Texas, Galveston Division

To Whom It May Concern:

Please find enclosed this firm's check #049278 in the amount of $162.15 in payment of invoice #0904-174. I have enclosed a return federal express envelope and charge slip for your convenience.

Should you have any questions concerning this matter, please contact me at 713-654-9674. Thank you for your assistance in this regard.

Sincerely yours,

Bruce Cain
Legal Assistant to
Norman R. Giles

MERITAS LAW FIRMS WORLDWIDE

Harms, Terry

---

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, June 03, 2009 9:39 AM
**To:** Harms, Terry
**Subject:** FedEx Shipment 796656691966 Delivered

---

This tracking update has been requested by:

Company Name:   Chamberlain Hrdlicka
Name:           Terry Harms
E-mail:         terry.harms@chamberlainlaw.com

---

Our records indicate that the following shipment has been delivered:

Reference:                    3856.214 Milburn
Ship (P/U) date:              Jun 2, 2009
Delivery date:                Jun 3, 2009 9:18 AM
Sign for by:                  A.DELAPAZ
Delivered to:                 Shipping/Receiving
Service type:                 FedEx Priority Overnight
Packaging type:               FedEx Envelope
Number of pieces:             1
Weight:                       0.50 lb.
Special handling/Services:    Deliver Weekday

Tracking number:              796656691966

Shipper Information            Recipient Information
Terry Harms                    Philip
Chamberlain Hrdlicka           UTMB - Health Information
1200 Smith; 14th Floor         Managemen
Houston                        301 UNIVERSITY BLVD
TX                             GALVESTON
US                             TX
77002                          US
                               77555

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:39 AM CDT on 06/03/2009.

Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the

6/3/2009

Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

6/3/2009

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| EMILY MILBURN, Individually and as Next friend of DYMOND LARAE MILBURN § § § § | |
| v. § | CIVIL ACTION NO. 08-193 |
| § | |
| SERGEANT GILBERT GOMEZ (BADGE #987), OFFICERS DAVID ROARK (BADGE #332), JUSTIN POPOVICH (BADGE #336), and SEAN STEWART (BADGE #392) § § § § § § | JURY DEMAND |

**AFFIDAVIT OF NORMAN GILES IN SUPPORT OF BILL OF COSTS**

STATE OF TEXAS §
§
COUNTY OF HARRIS §

Before me, the undersigned Notary Public, appeared NORMAN GILES, who, after being duly sworn, made the following statements:

My name is NORMAN GILES. I am an attorney licensed to practice in the United States District Court for the Southern District of Texas, and am employed with the law firm of Chamberlain, Hrdlicka, White, Williams & Martin.

This affidavit is made to verify Defendants taxable costs.

This affidavit is attached as Exhibit "A" to an itemized Bill of Costs showing the amount of taxable costs, as provided by Rule 54(d)(1) of the Federal Rules of Civil Procedure.

FURTHER AFFIANT SAYETH NOT.

_____
NORMAN GILES

SUBSCRIBED AND SWORN TO BEFORE ME on this 24th day of November, 2010.

SARA L. WILSON
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
JULY 26, 2013

_____
NOTARY PUBLIC FOR
THE STATE OF TEXAS

0807996.01
003856-000214:11/17/2010