# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 09-41122

EMILY MILBURN, Individually and as Next Friend of DLM,

    Plaintiff - Appellee

v.

SERGEANT GILBERT GOMEZ; OFFICER DAVID ROARK; OFFICER SEAN STEWART,

    Defendants - Appellants

United States District Court
Southern District of Texas
FILED
DEC 3 2010
David J. Bradley, Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Galveston

CLERK'S OFFICE:

Under 5TH CIR. R. 42(b), the appeal is dismissed as of November 29, 2010, pursuant to appellant's motion.

    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    By: _____
    Steve A. Totora, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS4

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 29, 2010

Mr. David J. Bradley
Southern District of Texas, Galveston
United States District Court
601 Rosenberg
Room 411
Galveston, TX 77550-0000

United States District Court
Southern District of Texas
FILED

DEC   3 2010

David J. Bradley, Clerk of Court

   No. 09-41122,  Emily Milburn v. Gilbert Gomez, et al
       USDC No. 3:08-CV-193

Enclosed is a copy of the judgment issued as the mandate.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Steve A. Totora, Deputy Clerk
                         504-310-7667

cc w/encl:
     Honorable Kenneth M. Hoyt
     Mr. Norman Ray Giles
     Mr. Anthony Paul Griffin
     Mr. William S. Helfand

MDT-1